**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7751

JAMIL EL'ADAM YAKUB,

Plaintiff - Appellant,

versus

DOUGLAS M. VAUGHAN, Warden; L. CURRIN,
Operations Officer; L. EVANS, Correctional
Officer,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (1:06-cv-00579)

Submitted: May 31, 2007                    Decided: June 5, 2007

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jamil El'Adam Yakub, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamil El'Adam Yakub appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Yakub v. Vaughan, No. 1:06-cv-00579 (E.D. Va. filed Sept. 1, 2006; entered Sept. 7, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED